FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

07 OCT 15 AM 10:22

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Case No. **'07 MJ 2450** |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| **Juan Ignacio ORTIZ Jr.,** Defendant(s) | ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **October 11, 2007,** within the Southern District of California, defendant **Juan Ignacio ORTIZ Jr.** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Luis RODRIGUEZ-Mendoza, Genaro MORAN-Perez,** and **Francisco PEREZ-Delgadillo** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **15th** DAY OF **OCTOBER, 2007**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

*CONTINUATION* **OF COMPLAINT:**
**Juan Ignacio ORTIZ Jr.**

cpk

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Luis RODRIGUEZ-Mendoza, Genaro MORAN-Perez,** and **Francisco PEREZ-Delgadillo** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 11, 2007 at approximately 6:30 p.m. Border Patrol Agent K. Griffith and Border Patrol Agent C. Mansfield responded to a Service Radio call from Dispatch reporting individuals loading into a white truck. Dispatch relayed to Agent Mansfield via radio that a Customs and Border Protection Officer was at the Intersection of Gateway Park Drive and Heritage Road, San Diego, California and was observing five individuals coming out of some brush on the west side of Heritage Road just south of Camino Maquiladora and loading into a white truck. Agents Griffith and Mansfield responded from Heritage Road and Interstate 905. Upon reaching the location they observed a white Chevrolet utility truck (no plates) make a u-turn in front of their Service vehicle and proceeded north bound on Heritage Road. The agents proceeded approximately 50 yards further south on Heritage and made contact with Customs and Border Protection K9 Officer J. Rocha. CBP Officer Rocha stated that the white truck that turned around in front of Agents Griffith and Mansfield was the loaded vehicle.

Agent Griffith turned the Service vehicle around and followed the white Chevrolet utility truck north bound on Heritage Road, The Chevrolet truck then turned east bound onto Camino Maquiladora. The truck proceeded eastbound past Pacific Rim Court. Upon reaching the intersection of Pacific Rim Court and Camino Maquiladora Agent Mansfield turned on the Service Vehicle emergency lights to warn oncoming truck traffic of his entry into the intersection. Upon crossing the intersection safely Agent Mansfield turned off the emergency vehicle lights. The white Chevrolet then turned south into the loading docks of 6935 Camino Maquiladora. The truck stopped and the driver and two passengers inside the cab of the truck exited and ran south towards a drainage ditch. The agents stopped the Service vehicle next to the white Chevrolet truck and Agent Mansfield pursued the three individuals on foot in the drainage ditch. After pursuing on foot approximately 40 yards Agent Mansfield apprehended one individual later identified as the defendant **Juan Ignacio ORTIZ, Jr**. Agent Mansfield identified himself as a United States Border Patrol Agent and conducted an immigration inspection. The defendant stated he was a United States Citizen born in Los Angeles, California. The defendant was the individual that Agents Griffith and Mansfield saw driving the white Chevrolet utility truck on Heritage Road. The other two individuals from the white truck absconded.

Agent Griffith upon clearing the vehicle found no other occupants inside the cab of the truck. Upon opening the locked rear compartment of the utility truck, Agent Griffith discovered three individuals locked inside. The rear compartment of the vehicle has a welded metal cover with a two foot by four foot lid. This lid cover has a lockable handle and can not be opened from the inside. Agent Griffith identified herself as a United States Border Patrol Agent and conducted an immigration inspection. All three individuals stated that they were citizens and nationals of Mexico and had entered the United States illegally without documents allowing them to enter or remain in the United States legally.

The defendant was arrested for Alien Smuggling and transported to the Imperial Beach Station for processing. The three other individuals from the rear compartment of the truck were arrested and transported to the Imperial Beach Station for processing.

**CONTINUATION OF COMPLAINT:**
**Juan Ignacio ORTIZ Jr.**

**DEFENDANT STATEMENT:**

The defendant was advised of his Miranda Rights and indicated that he understood his rights and did not ask for an attorney before providing the Agents with a statement. The defendant stated that he is a United States citizen.

The defendant stated that the vehicle did not belong to him. The defendant states that he met the first driver of the white Chevrolet utility truck at the AM/PM convenience store on the corner of Heritage Road and Interstate 905 and he knows him from his neighborhood where he lives in Mexico. The defendant was told he would get $50 per person to drive the truck. The defendant agreed to drive the truck. The defendant agreed to smuggle the three individual in the truck. The defendant had to walk south down Heritage Road to the where the vehicle was parked. At the vehicle there were two individuals in the front. The defendant said he was not aware that the people were already in the back of the truck. The defendant stated that he turned the truck around in front of the Border Patrol vehicle and turned on the next street. The defendant stated that he went one or two streets and the others in the truck told him to speed up. The defendant accelerated upon seeing the flashing lights of the Border Patrol vehicle. The defendant was told by the others in the truck to turn on to the open lot and stop, the defendant followed their direction. The defendant then stated that he got out and ran from the vehicle and tried to hide because the others in the vehicle told him to.

**MATERIAL WITNESSES STATEMENTS:**

Material Witnesses **RODRIGUEZ-Mendoza, Genaro MORAN-Perez,** and **Francisco PEREZ-Delgadillo** stated that they are citizens and nationals of Mexico illegally present in the United States. PEREZ stated that arrangements had been made in Mexico to be smuggled into the United States. PEREZ stated that he was to pay $2,100.00 U.S. dollars to be smuggled to Los Angeles California. RODRIGUEZ and MORAN denied making arrangements to be smuggled into the United States. All the material witnesses when shown photographic lineup could not identify the defendant as the driver of the vehicle.

**Executed on October 13, 2007 at 9:30 A.M.**

[signature]
Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 11, 2007** in violation of Title 8, United States Code, Section 1324.

10/13/07 [signature]
William McCurine Jr.
United States Magistrate Judge

10/13/07 1011hrs
Date/Time