UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2007 OCT 30 A 2:44

UNITED STATES OF AMERICA,
Plaintiff

vs.

Juan Ignacio Ortiz, Jr.

Defendant(s)

CRIMINAL NO. 07cr2927-H 07mj2450

ORDER

RELEASING MATERIAL WITNESS

Booking No. 05259298

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Luis Rodriguez-Mendoza

DATED: 10.30.07

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082