UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2007 OCT 30 A 2:40

UNITED STATES OF AMERICA, Plaintiff

vs.

Juan Ignacio Ortiz, Jr.

Defendant(s)

CRIMINAL NO. 07cr2927-H 07mj2450

ORDER

RELEASING MATERIAL WITNESS

Booking No. 05259298

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Genaro Moran-Perez

DATED: 10·30·07

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**



✩ U.S. GPO: 2003-581-774/70082