23

AO 455 (Rev. 5/85) Waiver of Indictment

FILED

OCT 30 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

*UNITED STATES DISTRICT COURT*

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

JUAN IGNACIO ORTIZ, JR.

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr2927-H

I, JUAN IGNACIO ORTIZ, JR., the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/~~25~~ 30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Juan Ortiz Jr.
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer