**Christian De Olivas**
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3421

FILED
07 NOV 15 PM 4:0
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Juan Ignacio ORTIZ Jr. Defendant | Case No: **3:07-cr-02927-H** **SUBSTITUTION OF ATTORNEY** |

Juan Ignacio ORTIZ Jr. hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, JACK J. BOLTAX.

DATED: 11-07-07 Juan I. Ortiz Jr.
DEFENDANT

I consent to the above substitution.

DATED: 11/13/07 Jack J Boltax
PRESENT ATTORNEY

//



14

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: 11-7-07 ______________________

NEW ATTORNEY

Please check one: ✓ RETAINED, or ________ APPOINTED BY THE COURT.

DATED: 11/15/07 ______________________

APPROVED: ______________________

UNITED STATES DISTRICT COURT MAGISTRATE