Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721
Email: christian@deolivaslaw.com

Carlos Arguello
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619) 557-5610
Email: Carlos.Arguello2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUAN IGNACIO ORTIZ, JR.,<br>Defendant | **CASE**: 307-cr-02927-H-1<br>**DATE**: 03/17/08 _<br>**TIME**: 9:00 AM<br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCING HEARING** |

## NOTICE OF JOINT MOTION

**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, JUAN IGNACIO ORTIZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, CARLOS ARGUELLO will move this Court to grant the above-entitled motion.

//

**JOINT MOTION**

The Defendant, JUAN IGNACIO ORTIZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, CARLOS ARGUELLO, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We both agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which trial must commence as set forth in 18 USCA §3161(c)(1). In support thereof, we state that the Probation Office's 16-day delay in furnishing the Probation Sentencing Report to the court has required us both to request more time to prepare for said hearing.

Respectfully Submitted,

**DATED**: February 7, 2008 **SIGNED**: /s/ Christian De Olivas
CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JUAN IGNACIO ORTIZ

**DATED**: February 7, 2008 **SIGNED**: /s/ Carlos Arguello

CARLOS ARGUELLO

ATTORNEY FOR THE PLAINTIFF
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Sentencing Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:
   a. Mr. **Carlos Arguello**, Assistant United States' Attorney
3. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2008.

**DATED**: February 7, 2008 **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JUAN IGNACIO ORTIZ, JR.