Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>Juan Ignacio ORTIZ, Jr.,<br>Defendant | **CASE**: 07cr02927-001-H<br>**DATE**: _03/17/08<br>**TIME**: 09:00 AM<br>**NOTICE OF MOTION; MOTION AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE PORTIONS OF PRESENTENCE REPORT** |

## NOTICE

**TO**: THE UNITED STATES ATTORNEY

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, JUAN IGNACIO ORTIZ, by and through his counsel, CHRISTIAN DE OLIVAS, attorney of record will move this Court to grant the above-entitled motions.

## MOTION

The Defendant, JUAN IGNACIO ORTIZ, by and through his counsel, CHRISTIAN DE OLIVAS, and pursuant to Federal Rules of Criminal Procedure

Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby moves this Court to grant the above-stated motions.

**DATED**: 01/31/08 **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JUAN IGNACIO ORTIZ

**MEMORANDUM OF LAW**

NOW COMES the Defendant, JUAN IGNACIO ORTIZ, through counsel, and respectfully moves this Honorable Court to strike portions of his Presentence Report ("PSR"). In support thereof, counsel states the following:

1. This Court has authority to strike all or portions of a PSR for reasons including the timeliness of disclosures and the prejudicial content of the Report. *See* U.S. v. Rouland, 9 F.3d 1555 (9th Cir. 1993); U.S. v. Santana-Camacho, 931 F.2d 966, 32 Fed. R. Evid. Serv. 1229 (1st Cir. 1991), denial of post-conviction relief aff'd by, 972 F.2d 337 (1st Cir. 1992).

2. **Lines 1-42 of page 4** of the PSR report a charged crime involving a victim's unchallenged testimony and based upon double and triple hearsay.

3. Given its inflammatory nature, the lack of reliable and credible information regarding this incident and the conflicting nature of the statements, it should be stricken from the Report.

4. The Defendant's version of the incident should be stricken as well. The only reason it became an issue in his interview was because of Stephen P. Black's inquiry into the Defendant's criminal history. Probation's characterization of this information as being useful as for the Defendant's **apparent discrepancies in his statements** and therefore his trustworthiness is absurd given that the content

included in the report is used solely to further malign and embarrass the Defendant.

WHEREFORE, this Honorable Court is respectfully urged to strike **Lines 1-42 of page 4** from the PSR.

Respectfully Submitted,

**DATED**: 01-31-08 **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JUAN IGNACIO ORTIZ

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.
2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Motion; Motion And Incorporated Memorandum Of Law In Support Of Defendant's Motion To Strike Portions Of Presentence Report** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its service window, which notifies them:
   a. Assistant United States' Attorney
3. I declare under penalty of perjury that the foregoing is true and correct. Executed on 01/31/08.

**DATED**: 01/31/08 **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JUAN IGNACIO ORTIZ