**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JUAN IGNACIO ORTIZ, JR.,<br>Defendant. | CASE NO. 07-CR-2927 H<br>**ORDER CONTINUING SENTENCING HEARING**<br>[Doc. No. 23] |

IT IS HEREBY ORDERED that for good cause shown, the Sentencing Hearing currently scheduled for February 11, 2008 at 9:00 a.m., is continued to **March 17, 2008 at 9:00 a.m.** The Court finds that time is excludable under the Speedy Trial Act. The defendant is currently in custody.

Dated: February 8, 2008

**MARILYN L. HUFF**, District Judge
**UNITED STATES DISTRICT COURT**